```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 09698
   FLASH M WARD II
   TATANISHA S NELSON WARD                   CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-1092    SSN XXX-XX-1956

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 04/19/2008 and was not confirmed.

     The case was dismissed without confirmation 07/24/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
ADVOCATE SOUTH SUBURBAN    UNSECURED     NOT FILED           .00            .00
ADVOCATE SOUTH SUBURBAN    NOTICE ONLY   NOT FILED           .00            .00
ADVOCATE SOUTH SUBURBAN    NOTICE ONLY   NOT FILED           .00            .00
AMERICASH LOANS LLC        UNSECURED        403.27           .00            .00
ASHLEY STEWART             UNSECURED     NOT FILED           .00            .00
AVENUE                     UNSECURED     NOT FILED           .00            .00
BROOKHILL APTS & TOWNHOM   UNSECURED     NOT FILED           .00            .00
COMMONWEALTH EDISON        UNSECURED        288.38           .00            .00
CONTINENTAL FINANCE        UNSECURED     NOT FILED           .00            .00
CREDIT ACCEPTANCE CORP     UNSECURED        539.90           .00            .00
CREDIT ACCEPTANCE CORP     NOTICE ONLY   NOT FILED           .00            .00
PREMIER BANKCARD           UNSECURED        437.24           .00            .00
PREMIER BANKCARD           UNSECURED        477.53           .00            .00
FIRST PREMIERE BANK        NOTICE ONLY   NOT FILED           .00            .00
GREAT AMERICAN FINANCE     UNSECURED        576.88           .00            .00
GREAT AMERICAN FINANCE     UNSECURED        507.76           .00            .00
LA SALLE BANK              UNSECURED     NOT FILED           .00            .00
LOYOLA UNIVERSITY HEALTH   UNSECURED     NOT FILED           .00            .00
LOYOLA MEDICAL CENTER      NOTICE ONLY   NOT FILED           .00            .00
LOYOLA UNIVERSITY MEDICA   NOTICE ONLY   NOT FILED           .00            .00
MIDWEST PHYSICIAN GROUP    UNSECURED     NOT FILED           .00            .00
NICOR GAS                  UNSECURED     NOT FILED           .00            .00
QUEST DIAGNOSTICS          UNSECURED     NOT FILED           .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED        834.85           .00            .00
SALUTE VISA                NOTICE ONLY   NOT FILED           .00            .00
SPRINT                     UNSECURED     NOT FILED           .00            .00
SPRINT                     UNSECURED     NOT FILED           .00            .00
T-MOBILE USA               UNSECURED        189.82           .00            .00
T MOBILE                   NOTICE ONLY   NOT FILED           .00            .00
VERIZON WIRELESS           UNSECURED     NOT FILED           .00            .00
VERIZON WIRELESS           UNSECURED     NOT FILED           .00            .00
VILLAGE OF OAK PARK        UNSECURED     NOT FILED           .00            .00
VILLAGE OF OAK PARK        NOTICE ONLY   NOT FILED           .00            .00
VILLAGE OF OAK PARK        UNSECURED     NOT FILED           .00            .00
VILLAGE OF OAK PARK        NOTICE ONLY   NOT FILED           .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 09698 FLASH M WARD II & TATANISHA S NELSON WARD
```

```
VILLAGE OF OAK PARK         UNSECURED       NOT FILED              .00           .00
LVNV FUNDING                UNSECURED        1656.60                .00           .00
CITIFINANCIAL AUTO CREDI    SECURED VEHIC    9880.00                .00        629.82
CITIFINANCIAL AUTO CREDI    UNSECURED        6595.52                .00           .00
CITIFINANCIAL AUTO CREDI    SECURED VEHIC   12630.00                .00        805.12
CITIFINANCIAL AUTO CREDI    UNSECURED        9054.54                .00           .00
HOME LOAN SERVICES          CURRENT MORTG        .00                .00           .00
HOME LOAN SERVICES          MORTGAGE ARRE    5695.96                .00           .00
FIRST FRANKLIN LOAN SERV    UNSECURED       NOT FILED              .00           .00
COOK COUNTY TREASURER       SECURED          2208.00                .00        313.06
COOK COUNTY TREASURER       UNSECURED       NOT FILED              .00           .00
WORLD FINANCIAL NETWORK     SECURED              .00                .00           .00
WFNNB HARLEM FURNITURE      UNSECURED       NOT FILED              .00           .00
INTERNAL REVENUE SERVICE    PRIORITY        NOT FILED              .00           .00
PIERCE & ASSOCIATES         NOTICE ONLY     NOT FILED              .00           .00
WORLD FINANCIAL NETWORK     UNSECURED        4853.94                .00           .00
JOSEPH WROBEL               DEBTOR ATTY     1,900.00                              .00
TOM VAUGHN                  TRUSTEE                                            152.00
DEBTOR REFUND               REFUND                                                .00
```

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE              1,900.00

PRIORITY                                            .00
SECURED                                        1,748.00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                             152.00
DEBTOR REFUND                                       .00
                     ---------------        ---------------
TOTALS               1,900.00                  1,900.00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 10/29/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                          PAGE   2
       CASE NO. 08 B 09698 FLASH M WARD II & TATANISHA S NELSON WARD